NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000677
30-AUG-2019
09:11 AM

NO. CAAP-17-0000677

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JIM ANDREWS and THE LANDSCAPE WORKS, INC., Plaintiff-
Appellees, v. MARCUS ROSEHILL, Individually,
Defendant-Appellant and MARCUS ROSEHILL as Trustee
of the MARCUS F. ROSEHILL REVOCABLE LIVING TRUST
and VIOLET MARIE M. ROSEHILL REVOCABLE LIVING
TRUST; DENNIS J. CLEMENT; MARVI M. ROSEHILL CHING,
Co-Trustee of the MARCUS F. ROSEHILL REVOCABLE
LIVING TRUST and VIOLET MARIE M. ROSEHILL
REVOCABLE LIVING TRUST, Defendants-Appellees; and
JOHN DOES 2-10; DOE CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; DOE ENTITIES 1-10; Defendants

MARVI M. ROSEHILL CHING AND MARCUS ROSEHILL, Trustees
of the MARCUS F. ROSEHILL REVOCABLE LIVING TRUST
and VIOLET MARIE M. ROSEHILL REVOCABLE LIVING
TRUST, Plaintiffs-Appellees, v. JIM ANDREWS and
THE LANDSCAPE WORKS, INC. Defendants-Appellees

JIM ANDREWS and THE LANDSCAPE WORKS, INC., Plaintiffs-
Appellees, v. MARVI M. ROSEHILL CHING AND MARCUS
ROSEHILL, Trustees of the MARCUS F. ROSEHILL
REVOCABLE LIVING TRUST and VIOLET MARIE M.
ROSEHILL REVOCABLE LIVING TRUST, Defendants-
Appellees; and JOHN DOES 1-10; DOE CORPORATIONS 1-
10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 07-1-2393-12; 06-1-1982-11; and 06-1-1976-11)

<u>ORDER APPROVING STIPULATION TO DISMISS APPEAL</u>
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed August 27, 2019, by Plaintiff-Appellee Jim Andrews and The Landscape Works, Inc., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED:   Honolulu, Hawai'i, August 30, 2019.


Presiding Judge

Associate Judge

Associate Judge